IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Marlon D

Printed: 4/22/08

Case Number: 07 B 20411
Judge: Wedoff, Eugene R
Filed: 11/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: March 21, 2008
Confirmed: December 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,490.15 |  |
| Secured: |  | 2,591.46 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 707.79 |
| Trustee Fee: |  | 190.90 |
| Other Funds: |  | 0.00 |
| Totals: | 3,490.15 | 3,490.15 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James M Philbrick | Administrative | 500.00 | 500.00 |
| 2. | Robert W Gold-Smith | Administrative | 2,950.00 | 207.79 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | United Guaranty | Secured | 0.00 | 0.00 |
| 5. | GMAC Auto Financing | Secured | 33,128.31 | 2,554.22 |
| 6. | Cook County Treasurer | Secured | 2,556.98 | 0.00 |
| 7. | American General Finance | Secured | 154.25 | 37.24 |
| 8. | Home Loan Services | Secured | 5,000.00 | 0.00 |
| 9. | United Guaranty | Secured | 1,986.84 | 0.00 |
| 10. | Capital One | Unsecured | 231.62 | 0.00 |
| 11. | Personal Finance Company | Unsecured | 160.54 | 0.00 |
| 12. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 13. | American General Finance | Unsecured | 31.47 | 0.00 |
| 14. | B-Real LLC | Unsecured | 58.90 | 0.00 |
| 15. | Beneficial | Unsecured |  | No Claim Filed |
| 16. | ADT Security Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 46,758.91 | $ 3,299.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 176.46 |
| 6.5% | 14.44 |
|  | $ 190.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Marlon D | Case Number:  07 B 20411 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  11/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

